## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                              Plaintiff

          v.
                                              Civil Action No:  14-02156

GINA P. TARBERT
                              Defendant

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, by its counsel KML Law Group, P.C., hereby responds to the Order to Show Cause entered by the Court of August 9, 2016, why its Motion for Confirmation of Public Sale should not be denied for failure to comply with 28 U.S.C § 202 and the Court's January 22, 2016 Order, as follows:

1.      Plaintiff filed its Complaint on November 10, 2014.

2.      Defendant, Gina P. Tarbert, filed an Answer on January 7, 2015.

3.      Plaintiff filed its Request for Default and Motion for Judgment on November 18, 2015.

4.      The Order for Summary Judgment was granted on January 22, 2016.

5.      The US Marshal's sale took place on May 5, 2016.

6.      Plaintiff filed its Motion for Confirmation on June 9, 2016.

7.      Plaintiff inadvertently attached the wrong proof of advertising to its Motion for Confirmation.

8.      Plaintiff filed its Amended Motion for Confirmation on August 19, 2016 with correct proof of advertising.

WHEREFORE, Plaintiff respectfully requests the Court's Order to Show Cause be discharged and the Amended Motion for Confirmation be granted.

.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309