# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-CV-2156 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| GINA P. TARBERT, | : | |
| Defendant | : | |

## ORDER

**AND NOW, ON THIS 26ᵀᴴ DAY OF OCTOBER, 2016**, upon consideration of Plaintiff's original motion for confirmation of sale, (Doc. 32), amended motion for confirmation of sale, (Doc. 34), and response to the Court's August 9, 2016 Order to show cause, (Doc. 35), **IT IS HEREBY ORDERED THAT** Plaintiff's original motion for confirmation of sale, (Doc. 32), is **DISMISSED** as **MOOT**.

/s/ William J. Nealon
**United States District Judge**