FILED
SCRANTON

OCT 26 2016

PER _____ /s/ _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

GINA P. TARBERT
        Defendant

Civil Action No: 14-02156

## ORDER

AND NOW, this 26th day of October, 2016, upon consideration of Plaintiff's Amended Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on May 05, 2016 is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to Benchmarq Holdings LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of GINA P. TARBERT in and to the premises sold located at 3143 Bornt Drive, Dover, PA 17315.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
J.