## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>GINA P. TARBERT<br><br>Defendant | CIVIL NO. 14-02156 |

### A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser..................................$64,000.00

Amount of cash received................................................................$64,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

  Mileage and Fees........................................................................$34.56


DEPARTMENT OF JUSTICE COSTS:
   (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

  Advertising Cost .......................................................................$2,315.80

TOTAL COSTS TO U.S. GOVERNMENT ..................................$2,350.36

Proceeds of sale less Marshals Costs to the United
States Department of Justice re: CDCS#2014A76376...................$61,649.64


Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6309