Case Number: 3:14-cv-02156-WJN Document Number: 41 User: EP Printed: 8/28/2017 3:31:41 PM

Gina P. Tarbert
3143 Bornt Drive
Dover, PA 17315

**FILED**
**SCRANTON**

SEP - 5 2017

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 0 5 2017
DEPUTY CLERK

FORWARD TIME EXP RTN TO SEND
TARBERT
3905 CARLISLE PIKE
NEW OXFORD PA 17350-9370

RETURN TO SENDER

neopost
08/28/2017
US POSTAGE $000.4
FIRST-CLASS
ZIP 18501
041L11252